**STATE of Missouri, Plaintiff**

v.

**Arthur SMITH, Appellant.**

**No. 51609.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 13, 1987.

Motion for Rehearing and/or Transfer
Denied Feb. 11, 1987.

Application to Transfer Denied
March 17, 1987.

Holly G. Simons, St. Louis, for appellant.

William L. Webster, Atty. Gen., Kurt A. Hentz, Asst. Atty. Gen., Jefferson City, for plaintiff.

ORDER

PER CURIAM.

Defendant, Arthur Smith, appeals from his convictions, after a jury trial of robbery in the first degree and armed criminal action. He was sentenced to imprisonment for 30 years on the robbery conviction and a consecutive term of 40 years on the armed criminal action conviction. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).